United States District Court
Southern District of Texas

**ENTERED**

February 28, 2020

David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| URIEL ISAIAS CAMARA and<br>ROBERT RAYMOND MARTINEZ, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:18-CV-143 |
| | § | |
| CLAYTON TRANSPORT, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Plaintiffs' Motion for Spoliation Finding and Remedy for Failure to Preserve Relevant Evidence. (Dkt. No. 38). The parties have advised the Court that they have reached a settlement agreement in this case. (Dkt. No. 39).

Based on the foregoing, the Court **DENIES as moot** Plaintiffs' Motion for Spoliation Finding and Remedy for Failure to Preserve Relevant Evidence. (Dkt. No. 38).

IT IS SO **ORDERED**.

**SIGNED** on February 28, 2020.

_____
John A. Kazen
United States Magistrate Judge